UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEN WANG HAN, | ) | CASE NO. 5:17-cv-01092-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| FUN BUFFET INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On October 4, 2017, the parties met for a continued case management conference, where they reached a settlement on all claims. The docket will now be marked "settled and dismissed without prejudice." The parties may submit within thirty (30) days of this order a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

Dated: October 6, 2017          */s/ Judge John R. Adams*
                                JUDGE JOHN R. ADAMS
                                UNITED STATES DISTRICT COURT